MERRICK B. GARLAND, Attorney General of the United States
TRINA A. HIGGINS, United States Attorney
KEVIN L. SUNDWALL, Special Assistant United States Attorney
CAMERON P. WARNER, Special Assistant United States Attorney
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah  84111-2176
Telephone:  (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No:  1:22-cr-01323-MLG |
| Plaintiff, | : | POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING |
| vs. | : | FACTORS U.S.S.G. § 6A1.2 |
| ANDREW BECKER, | : | |
| | | Honorable Matthew L. Garcia |
| Defendant. | : | |

The United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to Rule 32 of the Federal Rules of Criminal Procedure and U.S.S.G. § 6A1.2, states that after reviewing the Presentence Report prepared by the U.S. Probation Office in connection with the sentencing of the above-named defendant, that it is unaware of any matters disputed between the government and the defendant

2

with respect to the report. The United States has no objections to the Presentence Report.

DATED this   25th   day of August 2023.

        MERRICK B. GARLAND
        Attorney General of the United States

        TRINA A. HIGGINS
        United States Attorney

        */s/Kevin L. Sundwall*

        KEVIN L. SUNDWALL
        CAMERON P. WARNER
        Special Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing Position of the United States with Respect to Sentencing Factors U.S.S.G. § 6A1.2, was filed electronically with the District Court, and therefore available electronically to the following:

Hans Peter Erickson
*Counsel for Andrew Becker*

Stephen Taylor
*Counsel for Andrew Becker*

                                                  */s/ Jennifer Salt*
                                                  JENNIFER SALT
                                                  Legal Administrative Specialist